# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | No. 1:15-cr-0168 |
| v. | : | |
| | : | (Judge Kane) |
| **TAMIR JALIL SPIVEY,** | : | |
| Defendant | : | |

## ORDER

**AND NOW**, on this 3rd day of December 2018, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT** Defendant Tamir Jalil Spivey's motion for time served (Doc. No. 53), construed as a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, is **DENIED**.

 

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania